Case 4:24-cv-03860   Document 9   Filed on 12/09/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF WILLIE CHARLES BROWN, § § § | | |
| *Plaintiff,* § § | | Civil Action No. 4:24-cv-3860 |
| v. § § | | |
| PHH MORTGAGE CORPORATION AND DEUTSCH BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2005 – WMC3, § § § § § | | |
| *Defendants.* § § | | |

## AGREED ORDER OF DISMISSAL

On this date, came on consideration the Joint Stipulation of Dismissal ("Stipulation") filed by Plaintiff Estate of Willie Charles Brown ("Plaintiff") and Defendants PHH Mortgage Corporation and Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2005-WMC3[1] (collectively, "Defendants"). The Court has considered the Stipulation and finds that the Stipulation is well-taken and should be, and hereby is, **GRANTED**. It is therefore

**ORDERED** that all claims and causes of action asserted, or could have been asserted, by Plaintiff against Defendants are hereby **DISMISSED**. It is further

**ORDERED** that all costs, expenses, and attorneys' fees are taxed against the party incurring the same.

All other relief not expressly granted herein is **DENIED**.

---

[1] Deutsche Bank Trustee was incorrectly named as "Deutsch Bank National Trust Company as Trustee for GSAMP Trust 2005 – WMC3."

This is a final judgment that resolves all claims and causes of action asserted by and against all parties.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of December, 2024.

                                            HON. KEITH P. ELLISON
                                            UNITED STATES DISTRICT JUDGE